**Exhibit 10**

My name is Alba Castro, Embeer Gutierrez's life partner, who is currently in prison.

I am writing this letter to express my full support for him and to ask that his situation be considered with compassion. Embeer has always been a hard-working man, responsible to his family, and loved by those who know him. Although he has made mistakes, he has shown a true desire to change. Since his incarceration, he reads the Bible a lot and has maintained good behavior. As a family, we are committed to supporting him if he is released. He will have a place to live and will be surrounded by people who love him, and we will guide him in the right direction. I fully trust that Embeer will take advantage of a second chance if granted. I appreciate you taking the time to read this letter and consider our request. He is a man I love with my life.

I, **OSMEL PADRON,** fluent in English and Native in Spanish, hereby certify that I have translated the following document which is attached to this Affidavit:

## I STATE THAT THE ATTACHED DOCUMENT
### "Statement"

**From:  ALBA CASTRO**

I further certify that, to the best of my knowledge, the attached document written and presented to me in Spanish is a true and accurate translation of the attached document in English.

_____

(Signature of Translator/Verifier)

 Date:  **July 31, 2025**

OSMEL PADRON
3100 OLD WINTER GARDEN RD.
OCOEE, FL 34761
PHONE (321)200-2096
ATA Member Nº 270354

Mi Nombre es Alba Castro
Compañera de hogar de Embeer
Gutierres quien actualmente
Se encuentra detenido.
Escribo esta Carta para
expresar mi total apoyo
hacia el y para pedir que se
considere su situacion con
Composion Embeer Siempre a sido
un hombre trabajador, responsable
Con su familia y querido por
quienes lo Conocen. Auque a
Cometido un error errores, ha
mostrado un Verdadero deseo de
Cambiar. Desde que esta recluido
Lee mucho la biblia yamantenido
una buena Conducta. Como
familia estamos Comprometidos a
apoyarlo si es liberado. El tendra un lugar
donde Vivir y estara rodeade de
persona que lo quieren y lo guiaremos
por el buen camino. Confio plenamente
en que Embeer aprobechara una
Segunda oportunidad si se le consede.
Agradesco que se tomen el tiempo de
leer esta carta y considerar nuestra
peticion. El es un hombre que amo
con mi vida.